# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN CHENG, | Case No.:  26cv0053 DMS DDL |
| Petitioner, | **ORDER** |
| v. | |
| OTAY MESA IMMIGRATION COURT, | |
| Respondent. | |

Given the parties' joint motion to vacate (ECF No. 19), the Court hereby orders Respondents to arrange an individualized bond hearing for Petitioner before an immigration judge on or before **June 12, 2026**, unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  The parties shall file a Joint Status Report on **June 20, 2026**, confirming Petitioner received a bond hearing and setting out the results thereof, if the case is not dismissed before that time.

**IT IS SO ORDERED**.

Dated:  May 29, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0053 DMS DDL